**Firas Abdul Razzaq AL–QAISI, Plaintiff—Appellant,**

v.

**THE AMERICAN MILITARY FORCES IN IRAQ, Defendant—Appellee.**

No. 10–1537.

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 5, 2010.

Firas Abdul Razzaq Al-Qaisi, Appellant Pro Se. Dennis Carl Barghaan, Jr., Catherine DeRoever Wood, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Firas Abdul Razzaq Al–Qaisi appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Al–Qaisi v. Am. Military Forces*, No. 1:09–cv–01192–JCC–JFA (E.D.Va. Apr. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*